**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**NES EQUIPMENT RENTALS, L.P.**                                                            **PLAINTIFF**

**V.**                               **CAUSE NO.: 3:07CV76-SA-SAA**

**HARVEY C. GREEN CONSTRUCTION
COMPANY, INC., ET AL.**                                                    **DEFENDANTS**

**ORDER ON MOTIONS**

Pursuant to an opinion issued this day,

1) Mandal's Motion for Summary Judgment [42] is denied as moot in part and premature in part.

2) NES Equipment Rentals' Motion for Summary Judgment [44] is granted in parted and denied as premature in part.

3) Harvey C. Green Construction Company's Motion for Summary Judgment [46] is denied as premature.

4) Lexington Insurance Company's Motion to Intervene [63] is granted.

So **ORDERED**, this the 15th day of December, 2008.

                                                                         **/s/ Sharion Aycock**
                                                                         **U.S. DISTRICT COURT JUDGE**